JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ana Zavala, | SACV 12-00381-JVS(JPRx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| Provident Funding Associates LP, et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause on ___July 2, 2012___ as to why this action should not be dismissed for lack of prosecution, with a written response due on July 20, 2012 and no response having been made, and no appearance having been made at the Rule 26(f) Scheduling Conference set for July 23, 2012,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution without prejudice.

DATED: July 23, 2012

_____
James V. Selna
United States District Judge